1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  This Document Relates to:                    )
                                                 )
13  *Grant Kiser v. Pfizer Inc, et al.*          )   **MDL NO. 1699**
    (06-6118 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15  *al.*                                        )
    (06-6119 CRB)                                )
16                                               )   **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.* )   **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                                )
                                                 )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
    (06-6121 CRB)                                )
19                                               )
    *Robert McCarrell v. Pfizer Inc, et al.*     )
20  (06-6124 CRB)                                )
                                                 )
21  *Doris Hocker v. Pfizer Inc, et al.*         )
    (06-6129 CRB)                                )
22                                               )
    *Patricia Rogers v. Pfizer Inc, et al.*      )
23  (06-6130 CRB)                                )
                                                 )
24  *Robert Bates, et al. v. Pfizer Inc, et al.* )
    (06-6131 CRB)                                )
25                                               )
    *Patrick Lynch v. Pfizer Inc, et al.*        )
26  (06-6132 CRB)                                )
                                                 )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
    (06-6157 CRB)                                )
28                                               )

                                    -1-

              STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
    EASTW2584625.1

| | | |
|---|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* (06-6158 CRB) | ) |
| 2 | | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* (06-6161 CRB) | ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* (06-6165 CRB) | ) |
| 5 | | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* (06-6166 CRB) | ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* (06-6168 CRB) | ) |
| 8 | | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* (06-6169 CRB) | ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* (06-6171 CRB) | ) |
| 11 | | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* (06-6173 CRB) | ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* (06-6180 CRB) | ) |
| 14 | | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* (06-6186 CRB) | ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* (06-6190 CRB) | ) |
| 17 | | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* (06-6091 CRB) | ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* (06-6194 CRB) | ) |
| 20 | | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* (06-6195 CRB) | ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* (06-6196 CRB) | ) |
| 23 | | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* (06-6197 CRB) | ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* (06-6198 CRB) | ) |
| 26 | | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* (06-6199 CRB) | ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* | ) |

-2-

| | | |
|---|---|---|
| 1 | (06-6200 CRB) | ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.* | ) |
| | (06-6201 CRB) | ) |
| 3 | | ) |
| | *Paul Madison v. Pfizer Inc, et al.* | ) |
| 4 | (06-6202 CRB) | ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* | ) |
| | (06-6203 CRB) | ) |
| 6 | | ) |
| | *Walter Johnston v. Pfizer Inc, et al.* | ) |
| 7 | (06-6204 CRB) | ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.* | ) |
| | (06-6205 CRB) | ) |
| 9 | | ) |
| | *Charles Griffin, et al. v. Pfizer, Inc, et al.* | ) |
| 10 | (06-6206 CRB) | ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* | ) |
| | (06-6207 CRB) | ) |
| 12 | | ) |
| | *Thomas Saunders, et al. v. Pfizer Inc, et al.* | ) |
| 13 | (06-6208 CRB) | ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.* | ) |
| | (06-6210 CRB) | ) |
| 15 | | ) |
| | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* | ) |
| 16 | (06-6211 CRB) | ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* | ) |
| | (06-6212 CRB) | ) |
| 18 | | ) |
| | *Joy Glenn, et al. v. Pfizer Inc, et al.* | ) |
| 19 | (06-6213 CRB) | ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* | ) |
| | (06-6283 CRB) | ) |
| 21 | | ) |
| | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* | ) |
| 22 | (06-7201 CRB) | ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* | ) |
| | (06-7202 CRB) | ) |
| 24 | | ) |
| | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* | ) |
| 25 | (06-7203 CRB) | ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* | ) |
| | (06-7204 CRB) | ) |
| 27 | | ) |
| | *Robert Jennings, et al. v. Pfizer Inc, et al.* | ) |
| 28 | (06-7205 CRB) | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2584625.1

*Alice Richardson, et al. v. Pfizer Inc, et al.*
(06-7206 CRB)

*Steve Pardikes v. Pfizer Inc, et al.*
(06-7306 CRB)

*Rosalyn Chute v. Pfizer Inc, et al.*
(06-7381 CRB)

*Carolyn Carter v. Pfizer Inc, et al.*
(06-7570 CRB)

*Margoth Gonzalez v. Pfizer Inc, et al.*
(06-7571 CRB)

*Albert Blossom, et al. v. Pfizer Inc, et al.*
(06-7676 CRB)

*Viola Porter v. Pfizer Inc, et al.*
(06-7882 CRB)

*Tami McKibben, et al. v. Pfizer Inc, et al.*
(06-7883 CRB)

*Joyce Matson, et al. v. Pfizer Inc, et al.*
(06-7958 CRB)

*Michael Gatz, v. Pfizer Inc, et al.*
(06-7959 CRB)

*Shamela Carr v. Pfizer Inc, et al.*
(07-0022 CRB)

*John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
(07-0023 CRB)

*Debi Sweet v. Pfizer Inc, et al.*
(07-0231 CRB)

*Clarence Bridges v. Pfizer Inc, et al.*
(07-0413 CRB)

*Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
(07-0611 CRB)

*Jeffrey Howard, et al. v. Pfizer Inc, et al.*
(07-0816 CRB)

*Brenda Brunson, et al. v. Pfizer Inc, et al.*
(07-1280 CRB)

*Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
(07-1353 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* ) <br> (07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* ) <br> (07-1570 CRB) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* ) <br> (06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* ) <br> (07-1991 CRB) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* ) <br> (07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* ) <br> (07-2630 CRB) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* ) <br> (07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* ) <br> (07-2691 CRB) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* ) <br> (07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* ) <br> (07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2584625.1

1    DATED: 10-29, 2009    By: _____

2

3                          **WEITZ & LUXENBERG, PC**
                           700 Broadway
4                          New York, New York 10003
                           Telephone: 212-558-5000
5                          Facsimile: 212-344-5461

6                          *Attorneys for Plaintiffs*

     DATED: Nov. 2, 2009   By: _____
7

8

9                          **DLA PIPER LLP (US)**
                           1251 Avenue of the Americas
10                         New York, New York 10020
                           Telephone: 212-335-4500
11                         Facsimile: 212-335-4501

12                         *Defendants' Liaison Counsel*

13

14   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
15   IT IS SO ORDERED.**

16

17   Dated: NOV 1 3 2009

18                         Hon. Charles R. Breyer
                           United States District Court
19

20

21

22

23

24

25

26

27

28

                                   -6-

PFZR/1035934/132369v.1

EAST\42584625.1